# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

August 28, 2015

James N. Hatten  
Richard B. Russell Bldg & US Courthouse  
2211 UNITED STATES COURTHOUSE  
75 TED TURNER DR SW  
STE 2211  
ATLANTA, GA 30303-3309

Appeal Number: 13-15155-DD  
Case Style: Dennis Smith v. DAL, et al  
District Court Docket No: 1:04-cv-02592-ODE

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Lois Tunstall  
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

No. 13-15155

District Court Docket No.
1:04-cv-02592-ODE

DENNIS SMITH,
Individually and on behalf of all others similarly
situated,

          Plaintiff - Appellant,

JACKLIN TOMA,

          Consol. Plaintiff,

IVONNE BERMUDEZ,

          Intervenor Plaintiff,

versus

DELTA AIR LINES INC.,
GERALD GRINSTEIN,
LEON PIPER,
ADMINISTRATIVE COMMITTEE OF DELTA AIR LINES, INC.,
BENEFIT FUND INVESTMENT COMMITTEE, et al.,

          Defendants - Appellees,

PERSONNEL & COMPENSATION COMMITTEE, et al.,

          Defendants.

Appeal from the United States District Court for the
Northern District of Georgia

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 29, 2015
For the Court: Douglas J. Mincher, Clerk of Court
By: Djuanna Clark

**ISSUED AS MANDATE 08/28/2015**